United States District Court
Southern District of Texas
**ENTERED**
August 11, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD GAMEL, § § Plaintiff, § § v. § CIVIL ACTION NO. H-19-3604 § FORUM ENERGY TECHNOLOGIES, § INC., § § Defendant. § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order granting defendant's motion for complete summary judgment, this action is **DISMISSED WITH PREJUDICE.**

Costs shall be taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 11th day of August, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE